[No. 40694-9-I.   Division One.   March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HUNG VAN NGUYEN, ET AL., *Defendants*, LINH NGOC BUI, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 94 Wn. App. 496-504, will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated September 8, 1999 granting reconsideration and withdrawing the opinion.